UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :

    v.                             :    Crim. No. 10-234 (RBK)

SHERMAN COOPER                 :    <u>ORDER</u>

This matter having come before the Court on the application of defendant and ReNew Court participant, Sherman Cooper, to withdraw from ReNew Court in Camden due to his change of residence outside the ReNew Court Camden boundaries; and the defendant/participant Cooper's withdrawal from ReNew Court is without prejudice to his right to request to rejoin ReNew Court Camden again in the future; and defendant/participant Cooper shall retain his 14 weeks of credit in ReNew Court Camden should he rejoin the program at a later date.

**IT IS** on this 23rd day of December, 2015,

ORDERED that the defendant/participant Cooper is withdrawn from ReNew Court Camden effective November 17, 2015; and defendant/participant Cooper may request to rejoin ReNew Court Camden in the future without prejudice; and defendant/participant Cooper shall retain his 14 weeks credit in ReNew Court Camden should he rejoin the program

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

                                                                                           HONORABLE NOEL L. HILLMAN
                                                                                           United States District Judge